In Matter of

Hong Zhang

## AFFIDAVIT

Hong Zhang, being duly sworn hereby deposes and says:

I have been a self-employed laborer since January 2025. My average monthly income is about $1,375.

_____ 07/29/2025
Hong Zhang

In Matter of

Fangfang L

## AFFIDAVIT

Fangfang Li, being duly sworn hereby deposes and says:

I have not been working since January 2025 and therefore, have no payment statement from my employer.

_FangFang Li_
Fangfang li     7/30/25